**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**DULUTH DIVISION**

| | | |
|---|---|---|
| In re: PENNY LYNN HARMS MONROE | § | Case No. 25-50059-WJF |
| ALAN JAMES MONROE | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that J. Richard Stermer, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court Clerk
404 U.S. Courthouse
515 W. First St
Duluth, MN 55802

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/04/2026

By: /s/ J. Richard Stermer

Trustee

J. Richard Stermer
102 Parkway Drive
PO Box 514
Montevideo, MN 56265
(320) 269-6491
rstermer@stermerlaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**DULUTH DIVISION**

In re: PENNY LYNN HARMS MONROE                    §        Case No. 25-50059-WJF
     ALAN JAMES MONROE                            §
                                   §
                                   §
          Debtor(s)

---

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 2,500.00 |
| *and approved disbursements of:* | $ 50.00 |
| *leaving a balance on hand of[1]:* | $ 2,450.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 4S | Members Cooperative Credit Union | 39,165.00 | 39,165.00 | 0.00 | 0.00 |
| 35S | US Small Business Administration | 1,000.00 | 1,000.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,450.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - J. Richard Stermer | 625.00 | 0.00 | 625.00 |
| Trustee, Expenses - J. Richard Stermer | 201.27 | 0.00 | 201.27 |

Total to be paid for chapter 7 administrative expenses: $ 826.27
Remaining balance: $ 1,623.73

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $ 0.00
Remaining balance:    $ 1,623.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,968.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15-3 | Internal Revenue Service | 2,343.77 | 0.00 | 1,281.89 |
| 21 | MN Dept of Revenue | 625.00 | 0.00 | 341.84 |

Total to be paid for priority claims:    $ 1,623.73
Remaining balance:    $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $500,460.01 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MERRICK BANK | 1,385.75 | 0.00 | 0.00 |
| 2 | Resurgent Receivables, LLC | 820.18 | 0.00 | 0.00 |
| 3 | Resurgent Receivables, LLC | 2,012.50 | 0.00 | 0.00 |
| 4U | Members Cooperative Credit Union | 14,069.55 | 0.00 | 0.00 |
| 5 | Members Cooperative Credit Union | 648.92 | 0.00 | 0.00 |
| 6 | Aidvantage on behalf of | 52,951.46 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | One Main | 2,160.64 | 0.00 | 0.00 |
| 8 | Quantum3 Group LLC as agent for | 1,416.06 | 0.00 | 0.00 |
| 9 | First National Bank of Omaha | 2,507.51 | 0.00 | 0.00 |
| 10 | Capital One, N.A., successor by merger to Discover | 5,593.54 | 0.00 | 0.00 |
| 11 | Capital One, N.A., successor by merger to Discover | 3,903.69 | 0.00 | 0.00 |
| 12 | Capital One, N.A., successor by merger to Discover | 13,363.81 | 0.00 | 0.00 |
| 13 | Capital One, N.A., successor by merger to Discover | 5,294.81 | 0.00 | 0.00 |
| 14 | Clasen & Schiessl | 663.24 | 0.00 | 0.00 |
| 16 | U.S. Bank NA dba Elan Financial Services | 13,554.74 | 0.00 | 0.00 |
| 17 | Sofi Bank, National Association | 5,961.22 | 0.00 | 0.00 |
| 18 | Sofi Bank, National Association | 7,141.49 | 0.00 | 0.00 |
| 19 | U.S. Bank NA dba Elan Financial Services | 9,383.54 | 0.00 | 0.00 |
| 20 | JPMorgan Chase Bank, N.A. | 1,108.96 | 0.00 | 0.00 |
| 22 | JPMorgan Chase Bank, N.A. | 1,037.02 | 0.00 | 0.00 |
| 23 | WW THOMPSON CONCRETE PRODUCTS CO | 1,059.00 | 0.00 | 0.00 |
| 24 | Citibank N.A. | 1,239.21 | 0.00 | 0.00 |
| 25 | Citibank N.A. | 2,576.36 | 0.00 | 0.00 |
| 26 | Citibank N.A. | 5,087.90 | 0.00 | 0.00 |
| 27 | Citibank N.A. | 5,856.46 | 0.00 | 0.00 |
| 28 | Citibank N.A. | 1,915.02 | 0.00 | 0.00 |
| 29 | Citibank N.A. | 6,228.30 | 0.00 | 0.00 |
| 30 | Citibank N.A. | 9,718.58 | 0.00 | 0.00 |
| 31 | BMO Bank N.A. c/o AIS Portfolio Services, LLC | 2,794.75 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 32 | BMO Bank N.A. c/o AIS Portfolio Services, LLC | 1,292.54 | 0.00 | 0.00 |
| 33 | American Express National Bank | 9,738.54 | 0.00 | 0.00 |
| 34 | American Express National Bank | 2,690.61 | 0.00 | 0.00 |
| 35U | US Small Business Administration | 265,037.88 | 0.00 | 0.00 |
| 36 | Quantum3 Group LLC as agent for | 6,544.94 | 0.00 | 0.00 |
| 37 | Resurgent Receivables, LLC | 7,784.32 | 0.00 | 0.00 |
| 38-2 | Resurgent Receivables LLC | 1,207.81 | 0.00 | 0.00 |
| 39-2 | Resurgent Receivables LLC | 2,888.59 | 0.00 | 0.00 |
| 40-2 | Resurgent Receivables LLC | 6,376.10 | 0.00 | 0.00 |
| 41-2 | Resurgent Receivables LLC | 3,833.32 | 0.00 | 0.00 |
| 42-2 | Resurgent Receivables LLC | 5,628.96 | 0.00 | 0.00 |
| 43-2 | Resurgent Receivables LLC | 5,982.19 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $            0.00
Remaining balance:     $            0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for tardily filed general unsecured claims:     $            0.00
Remaining balance:     $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |

Total to be paid for subordinated claims:  $             0.00
Remaining balance:                         $             0.00

Prepared By: /s/ J. Richard Stermer
                                    Trustee

J. Richard Stermer

102 Parkway Drive

PO Box 514

Montevideo, MN 56265

(320) 269-6491

rstermer@stermerlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:

Penny Lynn Harms monroe
Alan James Monroe
Debtor(s)

Case No. 25-50059

Chapter 7

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 7/13/2026, I did cause a copy of the following document(s), described below:

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the  District of Minnesota Bankruptcy Court's official court matrix on 7/13/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/13/2026

/s/ J. Richard Stermer
J. Richard Stermer
Bar No. 216811
Stermer & Sellner, Chtd.
102 Parkway Drive
PO Box 514
Montevideo MN 56265
320-269-6491
rstermer@stermerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                          Case No. 25-50059

    Penny Lynn Harms monroe          Chapter 7

    Alan James Monroe

    Debtor(s)

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 7/13/2026, I did cause a copy of the following document(s), described below:

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/13/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 7/13/2026, I caused a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | |
|---|---|---|---|---|
| Minnesota Department of Revenue | | | Bankruptcy Section | PO BOX 64447 | St Paul MN 55164-0447 |
| Resurgent Receivables LLC | | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| United States Attorney | | | 600 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| AM Trust Financial | | | PO Box 6939 | | Cleveland OH 44101-1939 |
| ARS National Services | | | PO Box 469100 | | Escondido CA 92046-9100 |
| Aidvantage on behalf of | | | Dept of Education | PO Box 300001 | Greenville Tx 75403-3001 |
| Alpen LLC/Aitkin Rentak Center | | | 23794 Cedar Lake Dr | | Aitkin MN 56431-5010 |
| Alpen LLC/Aitkin Rental Center | | | 1068 Air Park Dr | | Aitkin MN 56431-5625 |
| Alpen, LLC DBA Aitkin Rental | | | 23794 Cedar Lake Dr | | Aitkin MN 56431-5010 |
| Amazon Business Prime Card | | | PO Box 60189 | | City of Industry CA 91716-0189 |
| American Express Business Gold | | | Attn: Bankruptcy | P.O. Box 60189 | City of Industry CA 91716-0189 |
| American Express National Bank | | | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355-0701 |
| Avant/WebBank | | | 222 North Lasalle Street | Suite 1600 | Chicago IL 60601-1112 |
| BMO Bank N.A. | | | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City OK 73118-7901 |
| BMO Bank N.A. c/o AIS Portfolio Services, LL | | | 4515 N. Santa Fe Ave. Dept. APS | | Oklahoma City OK 73118-7901 |
| BMO Bank NA | | | PO Box 7167 | | Pasadena CA 91109-7167 |
| BMO Harris Bank | | | Attn: Bankruptcy | 99 W Washington St | Chicago IL 60602-2998 |
| Best Buy Credit Card | | | P.O. Box 6061 | | Carol Stream IL 60197-6061 |
| CTC | | | PO Box 972 | | Brainerd MN 56401-0369 |
| Capital One | | | Attn: Bankruptcy | Po Box 30285 | Salt Lake City UT 84130-0285 |
| Capital One Auto Finance | | | Attn: Bankruptcy | 7933 Preston Rd | Plano TX 75024-2302 |
| Capital One Auto Finance, a division of | | | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City OK 73118-7901 |
| Capital One Business | | | PO Box 7683 | | San Francisco CA 94120-7683 |
| Capital One, N.A., successor by merger to Di | | | PO Box 3025 | | New Albany OH 43054-3025 |
| Capital One/Menards | | | Attn: Bankruptcy | Po Box 30285 | Salt Lake City UT 84130-0285 |
| Citibank | | | Citicorp Cr Srvs/Centralized Bankruptcy | Po Box 790040 | St Louis MO 63179-0040 |
| Citibank N.A. | | | Citibank, N.A. | 5800 S Corporate Pl | Sioux Falls SD 57108-5027 |
| Citibank/Best Buy | | | Citicorp Cr Srvs/Centralized Bankruptcy | Po Box 790040 | St Louis MO 63179-0040 |
| Citibank/The Home Depot | | | Citicorp Cr Srvs/Centralized Bankruptcy | Po Box 790040 | St Louis MO 63179-0040 |
| Clasen & Schiessl | | | PO Box 90 | | Pequot Lakes MN 56472-0090 |
| Comenity Capital/goodsa | | | Attn: Bankruptcy | Po Box 182125 | Columbus OH 43218-2125 |
| ComenityBank/Venus | | | Attn: Bankruptcy | Po Box 182125 | Columbus OH 43218-2125 |

| | | | | | |
|---|---|---|---|---|---|
| Concora Credit | | | PO Box 96541 | | Charlotte NC 28296-0541 |
| Credit Acceptance | | | Attn: Bankruptcy | 25505 West 12 Mile Road Ste 3000 | Southfield MI 48034-8331 |
| Credit One Bank | | | Attn: Bankruptcy Department | 6801 Cimarron Rd | Las Vegas NV 89113-2273 |
| Credit Service International | | | 630 S Green Bay Rd Ste 3 | | Neenah WI 54956-3190 |
| Discover Financial | | | Attn: Bankruptcy | Po Box 3025 | New Albany OH 43054-3025 |
| Discover Personal Loans | | | Attn: Bankruptcy | Po Box 30954 | Salt Lake City UT 84130-0954 |
| Ditch Witch | | | PO Box 7167 | | Pasadena CA 91109-7167 |
| Elan Financial Service | | | Cb Disputes | | Saint Louis MO 63166 |
| FIRST NATIONAL BANK OF OMAHA | | | 1601 DODGE ST | STOP CODE 3113 | OMAHA NE 68102-1637 |
| GMG Products LLC | | | PO Box 35146, #41029 | | Seattle WA 98124-5146 |
| Genesis FS Card Services | | | Attn: Bankruptcy | Po Box 4477 | Beaverton OR 97076-4401 |
| Goldman Sachs Bank USA | | | Attn: Bankruptcy | Po Box 70379 | Philadelphia PA 19176-0379 |
| Good Sam | | | PO Box 650964 | | Dallas TX 75265-0964 |
| Herc-U-Lift | | | 5655 Hwy 12 W | | Maple Plain MN 55359-9425 |
| Hospital Pathology Associates PA | | | 1919 South Highland Ave | Ste 210, Bldg A | Lombard IL 60148-6153 |
| Internal Revenue Service | | | Centralized Insolvency | PO Box 7346 | Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, N.A. | | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013 | Addison TX 75001-9013 |
| Jpmcb | | | MailCode LA4-7100 | 700 Kansas Lane | Monroe LA 71203-4774 |
| MERRICK BANK | | | Resurgent Capital Services | PO Box 10368 | Greenville SC 29603-0368 |
| MN Dept of Revenue | | | Attn: Denise Jones | PO Box 64447 | Saint Paul MN 55164-0447 |
| MN Spine Institute | | | 2780 Snelling Ave N Suite 310 | | Saint Paul MN 55113-7125 |
| Members Cooperative Credit Union | | | Attn: Bankruptcy | Po Box 161527 | Duluth MN 55816-1527 |
| Merrick Bank Corp | | | Po Box 9201 | | Old Bethpage NY 11804-9001 |
| Michelle Chesebro | | | 332 S Michigan, Suite 600 | | Chicago IL 60604-4318 |
| Midwest Security and Fire | | | 1003 Wright St | | Brainerd MN 56401-4719 |
| Mille Lacs Energy Cooperative | | | PO Box 811 | | Albert Lea MN 56007-0811 |
| Navient | | | Attn: Bankruptcy | Po Box 9635 | Wilkes Barre PA 18773-9635 |
| One Main | | | PO Box 981037 | | Boston MA 02298-1037 |
| Plaisted Companies, Inc | | | PO Box 332 | | Elk River MN 55330-0228 |
| Public Utilities Comission | | | 120 First St NW | | Aitkin MN 56431-1306 |
| Quantum3 Group LLC as agent for | | | Comenity Capital Bank | PO Box 788 | Kirkland WA 98083-0788 |
| Quantum3 Group LLC as agent for | | | Concora Credit Inc. | PO Box 788 | Kirkland WA 98083-0788 |
| Riverwood Health Care | | | 200 Bunker Hill Dr | | Aitkin MN 56431-1865 |
| Robert Kanuit | | | Fryberger Law Firm | 1409 Hammond Ave Ste 330 | Superior WI 54880-1781 |
| SBA Loan | | | 330 2nd Ave S | Suite 430 | Minneapolis MN 55401-2224 |
| Savanna Pallets | | | PO Box 308 | | McGregor MN 55760-0308 |
| Security State Bank | | | PO Box 170 | | Aitkin MN 56431-0170 |
| Slate | | | PO Box 15123 | | Wilmington DE 19850-5123 |
| SoFi | | | Attn: Bankruptcy | 2750 East Cottonwood Pky, Ste 300 | Salt Lake City UT 84121-7285 |
| Sofi Bank, National Association | | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| Syncb/belk Dual Card | | | Attn: Bankruptcy | P.O. Box 965060 | Orlando FL 32896-5060 |

| | | | | | |
|---|---|---|---|---|---|
| Synchrony Bank | | | Attn: Bankruptcy | Po Box 965060 | Orlando FL 32896-5060 |
| Synchrony Bank | | | by AIS InfoSource LP as agent | PO Box 4457 | Houston TX 77210-4457 |
| Synchrony Bank/Amazon | | | Attn: Bankruptcy | Po Box 965060 | Orlando FL 32896-5060 |
| Synchrony Bank/Select Comfort | | | Attn: Bankruptcy | Po Box 965060 | Orlando FL 32896-5060 |
| Synchrony/PayPal Credit | | | Attn: Bankruptcy | Po Box 965064 | Orlando FL 32896-5064 |
| Timmer Implement, INC | | | 10172 US Hwy 169 | | Milaca MN 56353-4449 |
| U.S. Bank NA dba Elan Financial Services | | | Bankruptcy Department | PO Box 108 | Saint Louis MO 63166-0108 |
| US BANK | | | PO BOX 5229 | | CINCINNATI OH 45201-5229 |
| U S SMALL BUSINESS ADMINISTRATION | | | ATTN BK NOTICES | 332 S MICHIGAN AVE SUITE 600 | CHICAGO IL 60604-4318 |
| UPGRADE INC | | | 2 N CENTRAL AVE | 10TH FLOOR | PHOENIX AZ 85004-4422 |
| WW THOMPSON CONCRETE PRODUCTS CO | | | 702 Industrial Park Rd | | Brainerd MN 56401-8291 |
| WW Thompson Concrete Products | | | 702 Industrial Park Road | PO Box 87 | Brainerd MN 56401-0339 |
| WebBank/OneMain | | | Attn: Bankruptcy | 215 South State Street, Suite 1000 | Salt Lake City UT 84111-2336 |
| Wells Fargo Bank NA | | | Attn: Bankruptcy | 1 Home Campus Mac X2303-01a 3rd Floor | Des Moines IA 50328-0001 |
| Wells Fargo Home Mortgage | | | Attn: Bankruptcy Dept | Po Box 10335 | Des Moines IA 50306-0335 |
| Alan James Monroe | | | 23794 Cedar Lake Drive | | Aitkin MN 56431-5010 |
| Penny Lynn Harms Monroe | | | 23794 Cedar Lake Drive | | Aitkin MN 56431-5010 |